IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIELD, #130 651, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:14-CV-1164-WKW [WO] |
| CITY COUNSEL OFFICE IN ) BULLOCK COUNTY, ) BULLOCK COUNTY SHERIFF ) DEPARTMENT, and BULLOCK ) COUNTY COMMISSION, ) ) | |
| Defendants. ) | |

## **ORDER**

On January 12, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3.) Upon an independent review and upon consideration of the Recommendation, it is ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED.

It is further ORDERED that this action is DISMISSED without prejudice for Plaintiff's failure to pay the full filing and administrative fees upon the initiation of this case.

A separate final judgment will be entered.

DONE this 2nd day of February, 2015.

                                       /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE