IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIELD, #130 651, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:14-CV-1164-WKW |
| CITY COUNSEL OFFICE IN BULLOCK COUNTY, BULLOCK COUNTY SHERIFF DEPARTMENT, and BULLOCK COUNTY COMMISSION, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of February, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE